**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6757**

---

STEVEN R. DEWITT, SR.,

Plaintiff - Appellant,

versus

EDDIE LEE PEARSON, Warden; COMMONWEALTH OF
VIRGINIA, Department of Corrections, Sussex II
State Prison; OFFICER JONAS, Waverly Prison
Staff; MAILROOM PERSONNEL, Waverly Prison,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-00-2058)

---

Submitted: September 25, 2001      Decided: October 16, 2001

---

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Steven R. DeWitt, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven R. DeWitt, Sr., appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint alleging denial of access to courts. Inmates have a fundamental right to "adequate, effective, and meaningful" access to the courts. Bounds v. Smith, 430 U.S. 817, 822 (1977). We find that DeWitt was not prejudiced by Defendants' actions. Lewis v. Casey, 518 U.S. 343, 351-52, 354-56 (1996) (discussing prejudice requirement for denial of access to courts claims). Consequently, we affirm. DeWitt's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED